UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/27/2023
```

**SECURITIES AND EXCHANGE COMMISSION,**

        Plaintiff,

-against-

**ERIC J. WATSON, OLIVER-BARRET LINDSAY, and GANNON GIGUIERE**

        Defendants.

**21-cv-05923 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    On March 7, 2023, the Court denied Defendant Gannon Giguiere's motion to dismiss. *See* ECF No. 49. The Court also ordered the Plaintiff, the Securities and Exchange Commission, to provide a status report on the current status of this action by March 14, 2023. *Id.* The Court is in receipt of the Plaintiff's status report dated March 14, 2023. ECF No. 50. Defendant Giguiere is hereby **ORDERED** to answer the Complaint on or by **April 5, 2023**.

**SO ORDERED.**

Dated:    **March 27, 2023**
           **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**