UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,                21 Civ. 05923 (ALC) (VF)

      -against-

ERIC J. WATSON,
OLIVER-BARRET LINDSAY, and
GANNON GIGUIERE,

                Defendants.

## ORDER

**WHEREAS**, Plaintiff Securities and Exchange Commission ("Commission") has requested leave of this Court, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), to depose, by oral questions, Oliver-Barrett Lindsay ("Lindsay"), who is currently confined in federal prison in the United States, it is hereby

**ORDERED** that the Commission's request for leave to depose Lindsay in prison on June 1 and June 2, 2023, is **GRANTED**.

Dated: New York, New York
        May 19, 2023

                                                SO ORDERED.

                                                _____
                                                VALERIE FIGUEREDO
                                                United States Magistrate Judge

                                                **The Clerk of Court is directed to terminate the motion at ECF No. 62.**