UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>         **Plaintiff,**<br><br>   -against-<br><br>**WILSON,** *et al.***,**<br><br>         **Defendant.** | **21-cv-05923 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

  This Court, having issued a final judgment as to Defendant Gannon Giguiere (ECF No. 68), hereby finds that the Plaintiff Commission's joint letter motion to stay discovery as against Defendant Giguiere (ECF No. 68) is moot. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 68.

**SO ORDERED.**

Dated: June 10, 2023
     New York, New York

                      _____
                      **ANDREW L. CARTER, JR.**
                      **United States District Judge**