USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/12/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**SECURITIES AND EXCHANGE COMMISSION,**

                       **Plaintiff,**

              -against-

**WATSON**, *et al.*,

                       **Defendants.**

**21-CV-05923**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

This Court will hold a telephonic conference on **July 30ᵗʰ, 2024 at 11:00 AM Eastern Time**. Only Parties Securities and Exchange Commission and Eric J. Watson need attend. The attending Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    July 12, 2024
            New York, New York

                                              */s/ Andrew L. Carter, Jr.*
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**