

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

NEW YORK
REGIONAL OFFICE

November 8, 2024

**By ECF**
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: *SEC v. Watson, et al.*, 21 Civ. 5923 (ALC) (VF)

Dear Judge Carter,

Pursuant to ECF Rule 21.7, Plaintiff Securities and Exchange Commission (the "Commission") respectfully requests that the Court permanently seal ECF Document No. 104-1, *pro se* Defendant Eric Watson's ("Watson") response to the Commission's motion to dismiss his amended counterclaim because it contains a financial-account number that should be redacted pursuant to Rule 5.2 of the Federal Rules of Civil Procedure. Attached hereto as Exhibit 1 is a redacted version of ECF Document No. 104-1.

Respectfully submitted,

s/ *Chevon Walker*
Chevon Walker
Counsel for Plaintiff
Securities and Exchange Commission
(212) 336-0090
WalkerCH@sec.gov

Enclosure

cc:   Eric J. Watson (by email)

---

**MEMO ENDORSED**

[signature]

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 11/12/24

The motion to seal Exhibit 1 to Defendant's response to the motion to dismiss at ECF No. 104-1 is GRANTED. A redacted version of Exhibit 1 is filed at ECF No. 105-1. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 105.