UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                      Plaintiff,

          -against-

ERIC J. WATSON, OLIVER-BARRET LINDSAY,
and GANNON GIGUIRE,

                      Defendants.
------------------------------------------------------------------X

21-CV-05923 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Per the order at ECF No. 113, Defendant Eric J. Watson was to respond to the

Complaint by July 21, 2025. To date, Defendant has not responded to the Complaint.

Defendant is directed to respond to the Complaint or otherwise file a status update by

**August 8, 2025**. Plaintiff is directed to serve a copy of this order on Defendant by e-mail

and mail to Plaintiff's address in Spain, in the manner Plaintiff previously served ECF No.

113 on Defendant.

       **SO ORDERED.**

DATED:    New York, New York
             July 30, 2025

                            _____
                            VALERIE FIGUEREDO
                            United States Magistrate Judge