UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

-against-

ERIC J. WATSON, OLIVER-BARRET LINDSAY, and GANNON GIGUIERE,

        Defendants.

21-cv-5923 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER JR., United States District Judge**:

On July 30, 2025, Defendant Eric J. Watson filed a notice of a motion to dismiss this action on the basis that the Court lacks personal jurisdiction over him or, in the alternative, a request to stay the proceedings "pending proper service and jurisdictional resolution under applicable international law." *See* ECF No. 117. On August 4, 2025, Plaintiff Securities and Exchange Commission ("SEC") filed an opposition to Defendant Watson's motion and a certificate of service of the same on Defendant Watson that same day. *See* ECF Nos. 120–21.

To date, Defendant Watson has not filed a reply the SEC's opposition brief. If he wishes to file a reply, Defendant Watson may do so on or before September 5, 2025. If Defendant Watson does not do so, the Court will consider the briefing to be complete and the motion to dismiss as ready to decide.

**SO ORDERED.**

Dated:     **August 25, 2025**
             **New York, NY**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**

1