UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,

          -against-

ERIC J. WATSON et al.,

                            Defendants.
------------------------------------------------------------------X

21-CV-05923 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Per the order at ECF No. 124, the parties are directed to file a joint status update on discovery and any settlement discussions by **Friday, October 17, 2025**.

    **SO ORDERED.**

DATED:    New York, New York
                October 2, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge