

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

October 7, 2025

**By ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1660
New York, NY 10007

  Re: *SEC v. Watson, et al.*, 21 Civ. 5923 (ALC) (VF)

Dear Judge Figueredo,

  Plaintiff Securities and Exchange Commission (the "SEC") respectfully requests that the Court stay this action and adjourn all deadlines due to a lapse in federal government appropriations. Defendant Eric J. Watson ("Defendant" or "Watson") consents to this request.

  On October 1, 2025, most SEC personnel were furloughed (with limited exceptions) and are prohibited from working. SEC counsel assigned to this matter are furloughed for purposes of this matter and thus are not available to work on it. Employees are not permitted to work on a voluntary basis when furloughed. *See* 31 U.S.C. § 1342.

  Watson is the sole remaining defendant in this case. On September 30, 2025, the Hon. Andrew L. Carter denied, with prejudice, Defendant's second motion to dismiss and motion for a stay for purposes of service. (DE 124.) On October 2, 2025, Defendant sent the SEC and the Court, by email, a "Post Order Status Letter and Discovery Outline," which included a request for documents and a request for the production of witnesses. Also on October 2, 2025, this Court issued an order requiring the parties to submit a joint status report by October 17, 2025. (DE 125.) There has been no previous SEC request to stay discovery as to this Defendant.

  Accordingly, it is appropriate for the Court to stay this case until the lapse in appropriations ends and adjourn all deadlines for the number of days during which the lapse in appropriations continues.

Hon. Valerie Figueredo
October 7, 2025
Page 2

                                             Respectfully submitted,

                                             s/ *Chevon Walker*
                                             Chevon Walker
                                             Counsel for Plaintiff
                                             Securities and Exchange Commission
                                             (212) 336-0090
                                             WalkerCH@sec.gov

cc:    Defendant Eric J. Watson (by email and mail carrier)

---

**MEMO ENDORSED**

*[Signature]*

**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

**Dated: October 8, 2025**

The request to stay the case is GRANTED. Consistent with the standing order entered by the Chief Judge on October 2, 2025 (see 25-mc-433 (LTS)), all court deadlines in this case are tolled during the duration of the government shutdown and extended thereafter for a period of time equal to the number of calendar days between September 30, 2025, and the date the President signs into law a budget appropriation that restores Department of Justice funding. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 126.