UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                          Plaintiff,

          -against-

ERIC J. WATSON et al.,

                        Defendants.
-----------------------------------------------------------------X

21-CV-05923 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's proposed schedule at ECF No. 130 and

Defendant's proposed schedule at ECF No. 131. The parties are directed to meet and confer

and file a proposed Protective Order by **January 23, 2026**. The following schedule is

adopted:

A.  All discovery must be completed by **May 8, 2026**.

    1.  Initial Disclosures must be exchanged by **December 19, 2025**.

    2.  Initial Requests for Documents must be made by **January 9, 2026**.

    3.  Depositions shall be completed by the close of fact discovery.

        i.  Neither party may take more than <u>10</u> depositions. Absent an

           agreement between the parties or an order from the Court, non-party

           depositions shall follow initial party depositions.

       ii.  Defendant Eric Watson's deposition may not occur until substantial

           completion of document discovery, including third-party productions.

    4.  Documents from Third parties will be required. If required, the following are

        the Third Parties from whom the parties will request documents: Certain

        Financial institutions; Certain Brokerage firms; FINRA; Giguiere; Lindsay;

Long Blockchain Corp. (formerly known as Long Island Iced Tea Corp.);

Chedwick Marketing Group (the Commission reserves the right to

supplement this list).

    i. Subpoenas requesting documents from Third Parties must be served by **March 2, 2026**. Any party that receives a production from a Third Party must provide a copy of that production to all other parties in this action.

B. Expert discovery, if any, must be completed by the close of fact discovery.

    1. Expert disclosures must be made 60 days before the close of fact discovery.

    2. Expert rebuttals are due 30 days thereafter.

    3. Expert depositions, if any, are to completed by the close of fact discovery.

C. Settlement

    1. The parties will promptly notify the Court if they believe a settlement conference would be useful.

**SO ORDERED.**

DATED:    New York, New York
December 12, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge

2