UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                     Plaintiff,

          -against-

ERIC J. WATSON et al.,

                    Defendants.
-----------------------------------------------------------------X

21-CV-05923 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to provide a joint status update on the case by **April 24, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
            April 13, 2026

                                          _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge