UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

ERIC J. WATSON et al.,

Defendants.

----------------------------------------------------------------X

21-CV-05923 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to provide a joint status update on the case by **September 11, 2026**.

**SO ORDERED.**

DATED: New York, New York
August 31, 2026

VALERIE FIGUEREDO
United States Magistrate Judge